# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GARDENSENSOR, INC., | Case No. 12-cv-03922 NC |
| Plaintiff, | |
| v. | **AMENDED CASE MANAGEMENT SCHEDULING ORDER** |
| STANLEY BLACK & DECKER, INC., | |
| Defendant. | Re: Dkt. Nos. 35, 41 |

Having considered the Joint Stipulation to Continue Dates and Deadlines submitted by the parties, Dkt. No. 41, and good cause appearing, the Court amends the previous Case Management Order dated February 22, 2013, Dkt. No. 35, as follows:

1. MEDIATION. The parties must complete private mediation by April 18, 2014.

2. DISCOVERY. The parties must complete all non-expert discovery by June 18, 2014.

3. EXPERT WITNESSES. The disclosure and discovery of expert witness opinions will proceed as follows:

    (A) By March 4, 2014, plaintiff must disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

    (B) By March 18, 2014, defendant must disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

   (C) The parties must make any supplemental expert disclosures by April 30, 2014 and complete all discovery of expert witnesses by June 30, 2014.

  4. DISPOSITIVE MOTIONS. Dispositive motions must be filed by June 30, 2014.

  5. PRETRIAL CONFERENCE. The final pretrial conference will be held on September 17, 2014 at 2:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. Lead counsel must attend the conference.

  6. TRIAL DATE. Trial will be held on October 27, 2014 at 9:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

  7. FURTHER CASE MANAGEMENT CONFERENCE. A further case management conference is scheduled for 10:00 a.m. on May 7, 2014 in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco. The parties must file a joint case management conference statement by April 30, 2014.

  IT IS SO ORDERED.

DATED: July 29, 2013

            NATHANAEL M. COUSINS
            United States Magistrate Judge

Case No. 12-cv-03922 NC
AMENDED CASE MANAGEMENT
SCHEDULING ORDER    2