1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GARDENSENSOR, INC., a Delaware Corporation, formerly known as PLANTSENSE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLACK & DECKER (U.S.), INC., a Maryland Corporation,<br><br>Defendant. | Case No. 12-cv-03922 NC<br><br>**ORDER RE: FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 47 |

The parties are ordered to meet and confer with each other before the case management conference set for May 7, 2014, and either resolve the discovery disputes raised in their joint case management conference statement, Dkt. No. 47, or be prepared for the Court to resolve them at the case management conference.  In addition, the parties should be prepared to show good cause for their request to modify the case schedule and to discuss their case management plans if the Court denies the request to extend the case deadlines.

IT IS SO ORDERED.

Date: May 1, 2014

NATHANAEL M. COUSINS
United States Magistrate Judge