**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GARDENSENSOR, INC., a Delaware Corporation, formerly known as PLANTSENSE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLACK & DECKER (U.S.), INC., a Maryland Corporation,<br><br>Defendant. | Case No. 12-cv-03922 NC<br><br>**ORDER RE: ESI/METADATA DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 55 |

This order addresses the joint statement on ESI/metadata discovery issues filed by the parties. Dkt. No. 55. Plaintiff contends that defendant has not provided all of the critical metadata for its productions, and that the scope of the production otherwise appears incomplete. *Id.* at 2-4. Defendant responds that no metadata has been withheld and that "[t]he unfulfilled requests are for data that does not exist, has been corrupted or otherwise damaged, or must be created by modifying code created by one platform to run on another." *Id.* at 5. Defendant also states that it is working on remedying some of the deficiencies reported by plaintiff. *Id.*

The Court expects that the parties should be able to resolve the ESI issues without the need for Court involvement. By June 25, 2014, counsel and the e-discovery liaison (see this

District's Guidelines for the Discovery of Electronically Stored Information) for each party must meet and confer about any outstanding ESI/metadata discovery issues, including any issues regarding the scope of the production. If unable to resolve their disputes, by the same date the parties must file a joint discovery letter brief, accompanied by each party's detailed proposed order setting forth the specific relief sought.

IT IS SO ORDERED.

Date: June 16, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge