UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARDENSENSOR, INC., a Delaware Corporation, formerly known as PLANTSENSE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLACK & DECKER (U.S.), INC., a Maryland Corporation,<br><br>Defendant. | Case No. 12-cv-03922 NC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES' STIPULATED REQUEST TO CONTINUE TRIAL AND RELATED DATES**<br><br>Re: Dkt. No. 58 |

Having considered the parties' stipulated request to continue trial and related dates, the Court amends the case schedule as follows:

1. DISPOSITIVE MOTIONS. The deadline to file and serve dispositive motions is continued from June 30, to July 30, 2014.

2. PRETRIAL STATEMENTS. The parties must meet and confer to discuss the preparation of a joint pretrial statement, and on or before October 1, 2014, counsel must file a joint pretrial statement.

3. PRETRIAL CONFERENCE. The final pretrial conference is continued from September 17, to October 15, 2014, at 2:00 p.m.

//

1  The parties' request to continue the remaining dates is DENIED for lack of good
2 cause shown.
3  IT IS SO ORDERED.
4  Date: June 26, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-03922 NC
ORDER RE: REQUEST TO CONTINUE       2
TRIAL AND RELATED DATES