UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARDENSENSOR, INC., a Delaware Corporation, formerly known as PLANTSENSE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLACK & DECKER (U.S.), INC., a Maryland Corporation,<br><br>Defendant. | Case No. 12-cv-03922 NC<br><br>**ORDER ON REQUEST FOR TIMELINE FOR RULING**<br><br>Re: Dkt. No. 85 |

The Court has received a letter requesting an advance commitment from the Court as to when it will rule on defendant's summary judgment motion, which is scheduled to be heard September 3. Dkt. No. 85. While the Court appreciates that the parties are thinking ahead, the briefing on that motion is not yet complete. So far, the parties have submitted more than 650 pages of materials in connection with the motion. The Court will be prepared to discuss the case schedule at the summary judgment hearing. The parties should not delay in scheduling the settlement conference with Magistrate Judge James.

IT IS SO ORDERED.

Date: August 18, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-03922 NC
ORDER ON REQUEST FOR
TIMELINE FOR RULING