UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARDENSENSOR, INC., a Delaware Corporation, formerly known as PLANTSENSE, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLACK & DECKER (U.S.), INC., a Maryland Corporation,<br><br>　　　　　Defendant. | Case No. 12-cv-03922 NC<br><br>**ORDER RE: JOINT STATEMENT ON DISCOVERY ISSUES**<br><br>Re: Dkt. No. 94 |

On September 5, 2014, the last day to file letter briefs, the parties filed a joint statement on discovery issues in which plaintiff Gardensensor "seeks an order directing that by September 12, 2014, Defendant: (i) produce employees' performance evaluations for the PlantSmart project; (ii) respond to Plaintiff's Interrogatories Nos. 1, 5, 6, 12-15, and 17; (iii) confirm that documents cannot be retrieved from Ansell's assistant's deleted files; (iv) produce unredacted versions of all documents containing improper redactions; (v) confirm that Defendant has otherwise produced all responsive documents in its possession; and (vi) provide any further relief that the Court deems proper." Dkt. No. 94.

By September 9, 2014, Gardensensor must file a copy of all discovery requests for which it is seeking to compel further responses or document production in the pending

1  discovery letter, along with all pertinent responses and objections by Black & Decker, and
2  any meet and confer letters and emails, or a declaration from counsel setting forth meet and
3  confer communications, that are necessary to understand the parties' current positions on
4  each of the issues raised.  In addition, as to requests (iv) and (v) above, if Gardensensor
5  contends that certain documents have been improperly redacted, or that Black & Decker's
6  production in response to any documents requests is insufficient, Gardensensor must
7  identify the improperly redacted documents and the document requests at issue.  By the
8  same deadline, Gardensensor must also file a detailed proposed order setting forth the relief
9  sought.

   IT IS SO ORDERED.

   Date: September 8, 2014

   Nathanael M. Cousins
   United States Magistrate Judge