# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GARDENSENSOR, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLACK & DECKER (U.S.), INC.,<br><br>　　　　Defendant. | Case No. 3:12-cv-03922 NC<br><br>**ORDER RE: DISCOVERY ISSUES** |

By September 11, 2014, at 5:00 p.m., Black & Decker must file a response to Gardensensor's statement of discovery issues, Dkt. Nos. 96, 97, and a detailed proposed order setting forth the relief sought by Black & Decker. The response must be limited to 5 pages plus any necessary exhibits.

IT IS SO ORDERED.

DATED: September 10, 2014

_____
NATHANAEL M. COUSINS
United States Magistrate Judge