# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GARDENSENSOR, INC., a Delaware Corporation, formerly known as PLANTSENSE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY BLACK & DECKER, INC., a Delaware Corporation, formerly known as BLACK & DECKER (U.S.), a Maryland Corporation,<br><br>Defendant. | Case No. 12-cv-03922 NC<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION**<br><br>Re: Dkt. No. 105 |

Pending before the Court is Black & Decker's motion to dismiss this case with prejudice under Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3). Black & Decker argues this Court lacks subject-matter jurisdiction because on March 1, 2014, Gardensensor was declared a void corporation due to failure to pay taxes under Delaware law and thus lost all powers conferred on it by law, including the capacity to sue. Dkt. No. 105. As a result, Black & Decker claims "GardenSensor has lacked standing at all critical junctures after March 1, 2014," and "[t]his Court lacks jurisdiction to adjudicate the merits of this

Case No. 12-cv-03922 NC
ORDER DENYING MOTION TO
DISMISS

action." *Id.*

In response, Gardensensor submitted a Certificate for Renewal and a Certificate of Good Standing issued by the State of Delaware, effective September 17, 2014. Dkt. Nos. 110 at 6; 110-2 at 2-3; 110-3 at 2. As Black & Decker concedes in its reply, Dkt. No. 113 at 1, "[u]nder Delaware law, where a corporation was voided but then renewed, it is as though the corporation was never void, and the corporation regains all of its previous rights, including capacity to sue." *Backyard Wrestling, Inc. v. Pro-Active Entm't Grp., Inc.*, 398 F. App'x 299, 300 (9th Cir. 2010) (citing *Frederic G. Krapf & Son, Inc. v. Gorson*, 243 A.2d 713, 714-15 (Del. 1968)). Accordingly, the Court DENIES Black & Decker's motion to dismiss as moot.

IT IS SO ORDERED.

Date: September 19, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge