UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARDENSENSOR, INC., | Case No. 12-cv-03922 NC |
| Plaintiff, | **SECOND ORDER RE: TRIAL PREPARATION** |
| v. | |
| BLACK & DECKER (U.S.), INC., | |
| Defendant. | |

The Court looks forward to trying this breach of contract case. As required by Federal Rule of Civil Procedure 16, the Court will facilitate a just, speedy, and inexpensive trial. The Court also will set reasonable time limits for trial. Based on the information presented so far, the Court intends to permit each side no more than 18 hours of evidence presentation time at trial. The parties should adjust their witness and exhibit lists promptly to fit this reality.

IT IS SO ORDERED.

Date: October 9, 2014

                                           Nathanael M. Cousins
                                           United States Magistrate Judge