Robyn King Richards (CA Bar No. 191335)
rking@kasowitz.com
Jason S. Takenouchi (CA Bar No. 234835)
jtakenouchi@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Michael P. Bowen (*Admitted Pro Hac Vice*)
mbowen@kasowitz.com
Trevor J. Welch (*Admitted Pro Hac Vice*)
twelch@kasowitz.com
Olga Fuentes Skinner (*Admitted Pro Hac Vice*)
ofuentes@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Attorneys for Plaintiff
GARDENSENSOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDENSENSOR, INC., a Delaware Corporation, formerly known as PLANTSENSE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY BLACK & DECKER, INC., a Delaware Corporation, formerly known as, BLACK & DECKER (U.S.), INC., a Maryland Corporation,<br><br>Defendants. | Case No. C 12-03922 NC<br><br>[~~PROPOSED~~] **ORDER RE: PLAINTIFF'S USE OF ELECTRONIC EQUIPMENT AT TRIAL**<br><br>Judge: The Hon. Nathanael Cousins |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, the Court grants Plaintiff permission to use the following equipment:

  (2) Laptop Computers with power supplies for FTI Consulting

  (5) 17" LCD Monitors

  (1) 100" Projection Screen

  (1) 5200 Lumen Projector

  (1) ELMO/Document Camera

  (2) Stands (Projector/ELMO)

  (1) Foldable 2x4' Tech Table

  (1) 8-Way VGA Distribution Amplifier

  (1) 2-Way VGA Distribution Amplifier

  (1) 6-Way VGA Switch

  (1) Audio System

  (1) Video and Audio cables and Gaffer's tape

Dated: _____October 10_____, 2014

By: _____

GRANTED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER RE: PLAINTIFF'S USE OF ELECTRNIC EQUIPMENT AT TRIAL;
Case No. C-12-03922-NC
2

KASOWITZ, BENSON,
TORRES & FRIEDMAN
LLP