**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GARDENSENSOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLACK & DECKER (U.S.), INC., <br><br> Defendant. | Case No. 12-cv-03922 NC <br><br> **THIRD TRIAL PREPARATION ORDER: REQUIRING REVISED EXHIBIT LISTS** |

By October 14, 2014, at 4:00 p.m., each party must file a revised exhibit list that identifies the 50 most important trial exhibits that it proposes to introduce at trial. The Court does not guarantee that exhibits on the revised list will be admitted. But the parties should be forewarned that any exhibit not in the top 50 will likely be excluded as cumulative.

IT IS SO ORDERED.

Date: October 13, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-03922 NC
TRIAL PREPARATION