1 | Kevin R. Crisp (Bar No. 97504)
Lee Marshall (Bar No. 82449)
2 | Jonathan Medrano (Bar No. 251729)
HAIGHT BROWN & BONESTEEL LLP
3 | 555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
4 | Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant BLACK & DECKER (U.S.) Inc. (erroneously named and served as Stanley Black & Decker, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDENSENSOR, INC., a Delaware Corporation, formerly known as PLANTSENSE, INC., a Delaware Corporation, | Case No. C 12-03922NC |
| Plaintiff, | **[PROPOSED] ORDER RE: DEFENDANT'S USE OF ELECTRONIC EQUIPMENT AT TRIAL** |
| vs. | [~~Proposed~~] Order Filed Concurrently Herewith |
| STANLEY BLACK & DECKER, INC., a Delaware Corporation, formerly known as BLACK & DECKER (U.S.), INC., a Maryland Corporation, | Judge: Hon. Nathanael Cousins |
| | Trial Date: October 27, 2014 |
| Defendant. | |

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

SW05-0000352
11449157.1

1

[~~PROPOSED~~] ORDER RE: DEFENDANT'S USE OF ELECTRONIC EQUIPMENT AT TRIAL

## ORDER

Good cause appearing, the Court hereby orders that Defendant Black & Decker (U.S.) Inc. is permitted to use the following equipment for the duration of the trial scheduled to begin in this matter on October 27, 2014:

- (2) Laptop Computers with power supplies for FTI Consulting;
- (5) LCD Digital monitors for displaying documents and photographs;
- (1) Video microscope;
- (1) Projector and projector screen;
- (1) Audio System/Speakers;
- (1) White board;
- (1) ELMO/Document Camera;
- (2) Stands (Projector/ELMO);
- (1) Foldable Tech Table;
- (1) 8-Way VGA Distribution Amplifier;
- (1) 2-Way VGA Distribution Amplifier;
- (1) 6-Way VGA Switch;
- (1) Video and Audio Cables and Gaffer's tape

IT IS SO ORDERED.

Dated: October 13, 2014

_____
The Honorable _____
UNITED STATES _____ COURT

**GRANTED**
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

SW05-0000352
11449157.1

2

[PROPOSED] ORDER RE: DEFENDANT'S USE
OF ELECTRONIC EQUIPMENT AT TRIAL