United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDENSENSOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLACK & DECKER (U.S.), INC., <br><br> Defendant. | Case No. 3:12-cv-03922 NC <br><br> **ORDER TO FURNISH DAILY REFRESHMENTS** |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the eight (8) members of the jury in the above-entitled matter beginning **October 27, 2014**, **at 8:00 a.m.**, for the duration of the trial, and during jury deliberations, at the expense of the United States. The trial will be held in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102

IT IS SO ORDERED.

Dated: October 20, 2014

_____
NATHANAEL COUSINS
United States Magistrate Judge