UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARDENSENSOR, INC., a Delaware Corporation, formerly known as PLANTSENSE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY BLACK & DECKER, INC., a Delaware Corporation, formerly known as BLACK & DECKER (U.S.), a Maryland Corporation,<br><br>Defendant. | Case No. 12-cv-03922 NC<br><br>**FIFTH ORDER RE: TRIAL PREPARATION** |

In previous pretrial orders rulings, the Court set a time limit of eighteen hours per side for evidence presentation and fifty exhibits per side in this breach of contract action. Dkt. Nos. 144, 156, 163. Black & Decker contends that these limitations violate its right to due process, requesting six more hours of evidence and seventy-five more exhibits. Dkt. No. 173. The requested additional hours are for the examination of witnesses who are already on the list of witnesses proposed by the parties to testify within the current limit of eighteen hours. *See* Dkt. No. 173-2. Black & Decker's proposed additional exhibit list

contains only six exhibits. *See* Dkt. No. 173-3. Gardensensor opposes Black & Decker's request. Dkt. No. 180.

Having reviewed the proposed additional evidence and considered the arguments of counsel and the record in this case, the Court finds that the limits set on the evidence presentation time and the number of exhibits for trial are reasonable and facilitate the just, speedy, and inexpensive disposition of the action. *See* Fed. R. Civ. P. 16; *Navellier v. Sletten*, 262 F.3d 923, 941 (9th Cir. 2001) ("Trial courts have broad authority to impose reasonable time limits . . . to 'prevent undue delay, waste of time, or needless presentation of cumulative evidence.'" (quoting *Amarel v. Connell*, 102 F.3d 1494, 1513 (9th Cir. 1997)). Accordingly, Black & Decker's request for additional time and exhibits is DENIED.

IT IS SO ORDERED.

Date: October 22, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-03922 NC
FIFTH ORDER RE: TRIAL
PREPARATION
2