UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARDENSENSOR, INC., a Delaware Corporation, formerly known as PLANTSENSE, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>BLACK & DECKER (U.S.), INC., a Maryland Corporation,<br><br>    Defendant. | Case No. 12-cv-03922 NC<br><br>**ORDER RE: PROPOSED FINAL JURY INSTRUCTIONS** |

By midnight today, Black & Decker must file revised versions of its proposed jury instructions titled "Performance Prevented By A Party To The Contract" and "Estoppel" to include the assertions by the parties as to the facts to which these instructions apply.

Gardensensor previously objected to these two proposed instructions, as well as to Black & Decker's instruction "Material Breach by Plaintiff," on the basis that they are "precluded by Defendant's actions" and "will be the subject of Plaintiff's forthcoming motion in limine." The Court interprets this objection to refer to Gardensensor's motion in limine 1, Dkt. No. 131, to preclude the theory of antecedent breach and interference, which was denied by the Court. *See* Dkt. No. 155. If Gardensensor wishes to propose its version

of Black & Decker's proposed instructions "Performance Prevented By A Party To The Contract," "Estoppel," and "Material Breach by Plaintiff," or if Gardensensor wishes to propose any additional instructions in response to these proposed instructions, it must file its proposed instructions by midnight today.

Additionally, at the upcoming charging conference, both parties should be prepared to provide legal support for their contention that the Ninth Circuit's model instructions on burden of proof should apply in this case rather than the law of Delaware.

IT IS SO ORDERED.

Date: November 4, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge