# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GARDENSENSOR, INC., a Delaware Corporation, formerly known as PLANTSENSE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLACK & DECKER (U.S.), INC., a Maryland Corporation,<br><br>Defendant. | Case No. 12-cv-03922 NC<br><br>**AMENDED TENTATIVE RULING ON PLAINTIFF'S REQUEST FOR REBUTTAL TESTIMONY BY EXPERT MARK BRINKERHOFF** |

Today after the presentation of evidence to the jury, the parties discussed whether plaintiff would be permitted to call expert Mark Brinkerhoff as a rebuttal expert. The Court has further considered Brinkerhoff's report and amends its tentative ruling as follows: if Black & Decker does not call Samuel Phillips as a witness, then Brinkerhoff will not be permitted to present rebuttal testimony. This is because his previously disclosed opinions were almost all in response to Phillips. And to the extent Brinkerhoff has an independent opinion, that opinion would be cumulative of the testimony today from plaintiff's COO, Andrew Hill. Hill, over the objection of Black & Decker, was permitted to opine as to his failure analysis. Plaintiff does not need to rebut the testimony of its own

Case No. 12-cv-03922 NC
ORDER RE REBUTTAL EVIDENCE

1  COO.
2     IT IS SO ORDERED.
3     Date: November 4, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-03922 NC
ORDER RE REBUTTAL EVIDENCE                2