# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GARDENSENSOR, INC., a Delaware Corporation, formerly known as PLANTSENSE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLACK & DECKER (U.S.), INC., a Maryland Corporation,<br><br>Defendant. | Case No. 12-cv-03922 NC<br><br>**SUPPLEMENTAL PROPOSED FINAL JURY INSTRUCTION** |

**V.     PlantSense's Breach of Contract Claim Against Black & Decker**

   1.   <u>Meaning of Contract</u>

You are not asked to interpret the meaning of the contract. In deciding the facts of this case, you must not consider the testimony of witnesses about their understanding of what the contract means.

Despite the parties' disagreement about the meaning of the term "marketing placement spend" used in the contract, the term is clear and unambiguous and means marketing funds spent to support the launch and sale of the PlantSmart product.

IT IS SO ORDERED.

Date: November 5, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge