FILED

NOV X 6 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GARDENSENSOR, INC., a Delaware Corporation, formerly known as PLANTSENSE, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>BLACK & DECKER (U.S.), INC., a Maryland Corporation,<br><br>  Defendant. | Case No. 12-cv-03922 NC<br><br>**VERDICT FORM** |

Case No. 12-cv-03922 NC
VERDICT FORM

*The jurors must unanimously agree on the answer for each of the following questions; please put an "X" next to the jurors' unanimous answer for each question:*

**1. Did PlantSense prove by a preponderance of the evidence that PlantSense substantially complied with the terms of its contract with Black & Decker?**

    **X** Yes _____ No

*If you answered "Yes" to question 1, then answer question 2.*

*If you answered "No" to question 1, please skip to end of verdict form, answer no further questions, and have the presiding juror sign and date this form.*

**2. Did PlantSense prove by a preponderance of the evidence that Black & Decker failed to perform one or more terms of its contract with PlantSense?**

    **X** Yes _____ No

*If you answered "Yes" to question 2, then answer question 3.*

*If you answered "No" to question 2, please skip to end of verdict form, answer no further questions, and have the presiding juror sign and date this form.*

**3. Did PlantSense prove by a preponderance of the evidence that Black & Decker's failure to perform one or more terms of its contract with PlantSense was a direct and proximate cause of harm to PlantSense?**

    _____ Yes **X** No

*If you answered "Yes" to question 3, then answer question 4.*

*If you answered "No" to question 3, please skip to end of verdict form, answer no further questions, and have the presiding juror sign and date this form.*

Case No. 12-cv-03922 NC
VERDICT FORM

2

4. Did Black & Decker prove by a preponderance of the evidence that PlantSense prevented or otherwise interfered with Black & Decker's ability to perform its contractual duties to make reasonable commercial efforts to sell and support the product?

____Yes ____ No

*If you answered "Yes" to question 4, please skip to end of verdict form, answer no further questions, and have the presiding juror sign and date this form.*

*If you answered "No" to question 4, then answer question 5.*

5. Did Black & Decker prove by a preponderance of the evidence that PlantSense was the first party who failed to do one of the significant or material things that the contract required it to do so that Black & Decker was discharged from its duty to perform under the contract?

____Yes ____ No

*If you answered "Yes" to question 5, please skip to end of verdict form, answer no further questions, and have the presiding juror sign and date this form.*

*If you answered "No" to question 5, then answer question 6.*

6. Did Black & Decker prove by clear and convincing evidence that Black & Decker changed its position to its detriment by reasonably relying on PlantSense's conduct?

____Yes ____ No

*If you answered "Yes" to question 6, please skip to end of verdict form, answer no further questions, and have the presiding juror sign and date this form.*

*If you answered "No" to question 6, then answer question 7.*

7. State the amount of damages that Black & Decker owes to PlantSense. If you find that no damages should be awarded, write, "none."

$ _____ *(enter amount or "none")*

*If you answered question 7 by entering an amount, then answer question 8.*

*If you answered question 7 by entering "none," please skip to end of verdict form, answer no further questions, and have the presiding juror sign and date this form.*

8. Did Black & Decker prove by a preponderance of the evidence that PlantSense did not make reasonable efforts to minimize or reduce the losses it suffered?

____ Yes ____ No

*If you answered "Yes" to question 8, then answer question 9.*

*If you answered "No" to question 8, please skip to end of verdict form, answer no further questions, and have the presiding juror sign and date this form.*

9. If PlantSense had made reasonable efforts to minimize or reduce its losses, what would PlantSense's damages have been?

$ _____ *(enter amount)*

* * *

Signed: *Patrick Phelan*

Presiding Juror

Dated: Nov 6, 2014

*After this verdict form has been signed, notify the courtroom deputy that you are ready to present your verdict in the courtroom.*

Case No. 12-cv-03922 NC
VERDICT FORM                              4