1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10          **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12  GARDENSENSOR, INC., a Delaware Corporation, formerly known as PLANTSENSE, INC., a Delaware Corporation, | Case No. 12-cv-03922 NC |
| 13 | **JUDGMENT** |
| 14 | |
| 15              Plaintiff, | |
| 16       v. | |
| 17  BLACK & DECKER (U.S.), INC., a Maryland Corporation, | |
| 18              Defendant. | |
| 19 | |

20          In accordance with the jury's verdict in this matter, as rendered in court on November

21  6, 2014, and as memorialized in the verdict form, Dkt. No. 224, IT IS HEREBY

22  ORDERED THAT final judgment in this action is entered in favor of defendant BLACK &

23  DECKER (U.S.), INC. and against plaintiff GARDENSENSOR, INC., formerly known as

24  PLANTSENSE, INC.

25          IT IS SO ORDERED.

26          Date: November 7, 2014                    _____

27                                                    Nathanael M. Cousins
                                                      United States Magistrate Judge
28

Case No. 12-cv-03922 NC
JUDGMENT