UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDENSENSOR, INC., a Delaware Corporation, formerly known as PLANTSENSE, INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>STANLEY BLACK & DECKER, INC., a Delaware Corporation, formerly known as BLACK & DECKER (U.S.), INC., a Maryland Corporation,<br><br>                    Defendant. | Case No. C 12-03922NC<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION TO CONTINUE HEARING ON PLAINTIFF GARDENSENSOR, INC.'S MOTION FOR A NEW TRIAL**<br><br>Judge:  Hon. Nathanael Cousins<br><br>Trial Date:   October 27, 2014 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

///
///
///
///
///
///
///
///

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

SW05-0000352
11496274.1

1

[~~PROPOSED~~] ORDER STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR NEW TRIAL

1   GOOD CAUSE having been shown, the Court hereby GRANTS the Stipulation of
2 the Parties to Continue the Hearing on Plaintiff's Motion for a New Trial.  The Court will
3 hear Plaintiff's Motion for a New Trial [Docket No. 230] on February 25, 2015 at 1:00
4 p.m. in Courtroom 7 (4th Floor) of the Robert F. Peckham Federal Building, 280 South 1st
5 Street, San Jose, California 95113.

7   IT IS SO ORDERED.

10  Dated: January   7_, 2015

12              By: _____
13                  The Honorable
                    GRANTED
                    Judge Nathanael M. Cousins

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

SW05-0000352
11496274.1

2

[PROPOSED] ORDER STIPULATION TO
CONTINUE HEARING ON PLAINTIFF'S
MOTION FOR NEW TRIAL